UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EDWARD J. SCOTT, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil No. 05-81-P-C ) |
| SHERIFF COTE, et al., | ) ) |
| Defendants | ) |

RECOMMENDED DECISION

On April 27, 2005, I issued an Order that Plaintiff shall notify the court no later than May 27, 2005, whether he intends to incur the cost of the filing fee and proceed with this action, or whether he intends to forego this litigation at this time. Plaintiff was further advised that failure to fully comply with the Order will result in the issuance of a recommendation to dismiss the Complaint. On May 13, 2005, the order of April 27 was returned as undeliverable and a second copy of the order was mailed to plaintiff to a newly provided address. The deadline for plaintiff to notify the court of his intention to proceed was extended to June 13, 2005. On June 13, 2005, attorney Verne E. Paradie, Jr. entered his appearance on behalf of plaintiff and requested an extension of time to file an amended complaint. On June 14, 2005, I granted the motion and extended the time within which plaintiff was to notify the court of his intention to proceed to August 1, 2005.

As of today's date, the court has received no communication from plaintiff or his counsel. Therefore, I recommend the Complaint be DISMISSED in its entirety for Plaintiff's failure to prosecute the action.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated August 4, 2005.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge